NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3127

KELLY S. JENNINGS,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in
CB7521070026-T-1.

ON MOTION

## O R D E R

Upon consideration of Kelly S. Jennings' motions for extensions of time to file his reply brief and the joint appendix,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

MAR 1 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Norman H. Jackson, Esq.
Austin M. Fulk, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2010

JAN HORBALY
CLERK